# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

LANA RAMAGOS

CIVIL ACTION

VERSUS

18-1-SDD-RLB

PIERRE REGACHE, ET AL.

## RULING AND ORDER

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated June 4, 2018. Defendants have filed an *Objection*,[3] and Plaintiff has filed a *Reply*,[4] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, Plaintiff's *Motion to Remand*[5] is DENIED. It is further ordered that the Parties submit supplemental briefing regarding whether Mr. Ramagos is properly aligned as a Plaintiff in this action and, if not, whether the amount in controversy requirement is satisfied based solely on Mrs. Ramagos allegations contained in the

---

[1] Rec. Doc. 5.
[2] Rec. Doc. 13.
[3] Rec. Doc. 7.
[4] Rec. Doc. 12.
[5] Rec. Doc. 5.

*Petition*,[6] and the issue of whether the amount in controversy is satisfied is referred to the

Magistrate Judge for the issuance of supplemental report and recommendation.

Baton Rouge, Louisiana the 2 day of June, 2018.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[6] Rec. Doc. 1-4.